■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FABIO MEJIA, Appellant.—Appeal from a judgment of the County Court of Greene County (Fromer, J.), rendered February 13, 1987, convicting defendant upon his plea of guilty of

the crime of criminal possession of a controlled substance in the second degree.

Appeal dismissed *(see, People v Seaberg,* 74 NY2d 1; *People v Lester,* 137 AD2d 871, *lv denied* 71 NY2d 898; *People v Harvey,* 124 AD2d 943, *lv denied* 69 NY2d 746). Mahoney, P. J., Yesawich, Jr., Levine, Mercure and Harvey, JJ., concur.